RECEIVED
IN LAKE CHARLES, LA.

AUG - 6 2015

TONY R. MOORE, CLERK
BY_____
                 DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| KERRY L. LUTE, | *  CIVIL ACTION NO. 2:12-cv-01891 |
| Plaintiff, | * |
| v. | * |
| | *  JUDGE MINALDI |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | * |
| Defendant. | *  MAGISTRATE JUDGE KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 33] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion for EAJA Fees [Doc. 28] be and hereby is **GRANTED** and that the plaintiff be awarded fees of $4,950.00 under the Equal Justice Act.

**IT IS FURTHER ORDERED** that the plaintiff's Motion for EAJA Fees [Doc. 23] be and hereby is **DENIED, AS MOOT.**

Lake Charles, Louisiana, this 5 day of August, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE